IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 10-633-2 |
| RONNIE TOLBERT | |

**O R D E R**

**AND NOW**, this 30th day of March, 2021, upon consideration of Defendant's Pro Se Motion for Reduction in Sentence/Compassionate Release (ECF 166), and the Government's Response thereto (ECF 170 & 171), **IT IS HEREBY ORDERED** that the Motion is Denied.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**